**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOLDEN ADVENTURE SHIPPING CORP., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | **Civil Action No.** |
|  v. | ) | **1:26-cv-01103-SLS** |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Enlargement of Time to Effect Service, the accompanying Memorandum in Support, and the entire record herein, and the Court finding good cause for the requested enlargement and that, to the extent the period for service has expired as to any Defendant, the failure to complete service within that period was the result of excusable neglect, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the time within which Plaintiffs must effect service of process is enlarged through and including December 29, 2026; and it is further

**ORDERED** that, as to every Defendant who must be served abroad, including the foreign-state Defendants served under Federal Rule of Civil Procedure 4(j)(1) and 28 U.S.C. § 1608, and any Defendant who could not be served domestically and must be served abroad under Rule 4(f) or 4(h)(2), the 90-day time limit of Rule 4(m) does not apply, and Plaintiffs' obligation to effect service is measured by reasonable diligence in pursuing the applicable foreign-service procedures; and it is further

**ORDERED** that Plaintiffs shall file a status report on the progress of foreign service every sixty (60) days until service is complete or the Court orders otherwise.

SO ORDERED.

Dated: _____

_____
United States District Judge