**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GOLDEN ADVENTURE SHIPPING CORP.
and HASSAN CHAHADEH,

*Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

*Defendants*.

Case No. 1:26-cv-01103-SLS

ORAL ARGUMENT REQUESTED

**COSCO SHIPPING (NORTH AMERICA) INC.'S**
**MOTION TO DISMISS ALL CLAIMS AGAINST IT**

Defendant COSCO SHIPPING (North America) Inc. ("COSCO NA"), by and through undersigned counsel, hereby moves this Court pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing all of Plaintiffs' claims against COSCO NA with prejudice on the following independent grounds: lack of subject-matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.  The bases for this Motion are set forth in the accompanying Statement of Points and Authorities.  As required by Rule 7(c) of this Court's Local Civil Rules, this Motion is accompanied by a proposed order.

–2–

Dated:  July 14, 2026
         Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Christopher M. Curran*
Christopher M. Curran (D.C. Bar No. 408561)
Nicolle Kownacki (D.C. Bar No. 1005627)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:    + 1 202 626 3600
Facsimile:    + 1 202 639 9355
ccurran@whitecase.com
nkownacki@whitecase.com

*Counsel for COSCO SHIPPING (North America) Inc.*