**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOLDEN ADVENTURE SHIPPING CORP. and HASSAN CHAHADEH, <br><br>      *Plaintiffs*, <br><br>     v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br>      *Defendants*. | Case No. 1:26-cv-01103-SLS |

**[PROPOSED] ORDER**

Upon consideration of COSCO SHIPPING (North America) Inc.'s Motion to Dismiss All Claims Against It pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, it is on this _____ day of _____ hereby:

**ORDERED** that the Motion to Dismiss is **GRANTED**, and all of Plaintiffs' claims against COSCO SHIPPING (North America) Inc. are hereby dismissed with prejudice.

_____
Honorable Sparkle L. Sooknanan
United States District Judge

2

**List of Persons to be Notified**

John R. Thomas, Jr.
John Hafemann
M. Brian Magee
HAFEMANN MAGEE & THOMAS, LLC
1000 Towne Center Boulevard
Suite 804
Pooler, GA 31322
(540) 759-1660
jt@fed-lit.com

*Counsel for Plaintiffs*

Christopher M. Curran
Nicolle Kownacki
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
ccurran@whitecase.com
nkownacki@whitecase.com

*Counsel for Defendant COSCO SHIPPING (North America) Inc.*