**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOLDEN ADVENTURE SHIPPING CORP., *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:26-cv-01103-SLS** |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Pursuant to the Court's Minute Order of July 7, 2026, granting Plaintiffs' Motion for Enlargement of Time to Effect Service and directing periodic status reports every sixty days, Plaintiffs Golden Adventure Shipping Corporation and Dr. Hassan Chahadeh, by and through undersigned counsel, respectfully submit this Amended Status Report to update the Court on the status of service. This Supplemental Status Report amplifies and corrects the Status Report filed on August 31, 2026.

Plaintiffs continue to exercise diligence to properly serve the Defendants in this case and anticipate successfully completing all actions to effect service prior to the December 29, 2026, deadline.

**Domestic Service Efforts.** Since the entry of the Court's Order, Plaintiffs have continued to pursue service on those Defendants maintaining a presence in the United States. Plaintiffs' process servers made eight separate attempts at eight addresses across two jurisdictions between July 7, 2026 and the present.

Plaintiff attempted service on China Construction Bank Corporation and China Construction Bank Corporation New York Branch at CT Corporation on July 7, 2026. While CT

Corporation accepted service on behalf of these two defendants and Plaintiffs' process server completed affidavits reflecting proof of service (ECF No. 12 and 13), counsel for China Construction Bank Corporation and China Construction Bank Corporation New York Branch have since clarified that CT Corporation was not authorized to accept service for these defendants and that service was not effective.[1] Plaintiffs have therefore filed a Notice to Withdraw their Motion for Entry of Default and withdraw the Proofs of Service for each defendant (ECF No. 16 and 17).

Counsel for China Construction Bank Corporation and China Construction Bank Corporation New York Branch have further agreed to accept service on behalf of China Construction Bank Corporation New York Branch, and counsel are jointly preparing a waiver of service and stipulation on deadlines for responsive pleadings, which are anticipated to be filed shortly. Counsel for China Construction Bank Corporation is not authorized to accept service on their behalf, and service of process is ongoing for this defendant.

As to all remaining Defendants, service remains ongoing as outlined in the August 31, 2026, Status Report. Plaintiffs will continue to report on the progress of service every sixty days as directed, with the next report due on or before October 30, 2026.

Respectfully submitted,

GOLDEN ADVENTURE SHIPPING CORP.

and DR. HASSAN CHAHADEH

By: ***John R. Thomas, Jr.***

---

[1] Plaintiffs' counsel received a faxed, unsigned letter on July 9, 2026, ostensibly from Wolters Kluwer, asserting that service had not been effective on CT Corporation for these defendants, but Plaintiffs' counsel did not credit the letter's authenticity or believe that it could retroactively cancel service of process that had already been completed.

John R. Thomas, Jr. (D.C. Bar No. 1027981)
John Hafemann (GA Bar No. 327982)
M. Brian Magee (GA Bar No. 566350)
**HAFEMANN MAGEE & THOMAS, LLC**
1000 Towne Center Boulevard
Suite 804
Pooler, GA 31322
(540) 759-1660
jt@fed-lit.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

***/s/ John R. Thomas, Jr.***

John R. Thomas, Jr. (D.C. Bar No. 1027981)
John Hafemann (GA Bar No. 327982)
M. Brian Magee (GA Bar No. 566350)
**HAFEMANN MAGEE & THOMAS, LLC**
1000 Towne Center Boulevard
Suite 804
Pooler, GA 31322
(540) 759-1660
jt@fed-lit.com

*Counsel for Plaintiff*