**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOLDEN ADVENTURE SHIPPING CORP., *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:26-cv-01103-SLS** |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND MOTION TO SET A BRIEFING SCHEDULE ON DEFENDANT CHINA CONSTRUCTION BANK NEW YORK BRANCH'S MOTION TO DISMISS**

Plaintiffs Golden Adventure Shipping Corporation and Hassan Chahadeh and Defendant China Construction Bank New York Branch ("CCBNY") stipulate as follows:

1. Defendant CCBNY agrees to accept service of the Complaint filed in the above-captioned matter (Dkt. No. 1) through its attorneys, whose signatures appear below. Service shall be deemed effective as of September 24, 2026. By authorizing counsel to accept service on its behalf, Defendant CCBNY is not waiving any defense other than insufficient process and insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5), and CCBNY expressly reserves all other defenses.
2. The parties have agreed that CCBNY's Motion to Dismiss will be filed no later than **November 3, 2026**.
3. The parties have agreed that Plaintiffs' Opposition to CCBNY's Motion to Dismiss will be filed no later than **December 11, 2026**.
4. The parties have agreed that CCBNY's Reply Memorandum will be filed no later than **January 15, 2027**.

WHEREFORE, both parties respectfully move this Court for entry of an order in the form attached.

Respectfully submitted,

GOLDEN ADVENTURE SHIPPING CORP.
DR. HASSAN CHAHADEH

By: ***John R. Thomas, Jr.***

John R. Thomas, Jr. (D.C. Bar No. 1027981)
John Hafemann (GA Bar No. 327982)
M. Brian Magee (GA Bar No. 566350)
**HAFEMANN MAGEE & THOMAS, LLC**
1000 Towne Center Boulevard
Suite 804
Pooler, GA 31322
(540) 759-1660
jt@fed-lit.com

CHINA CONSTRUCTION BANK NEW YORK BRANCH

By: ***Justin J. DeCamp***

Justin J. DeCamp
**SULLIVAN CROMWELL**
125 Broad Street
New York, NY 10004
(212) 558-1688
decampj@sullcrom.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

***/s/ John R. Thomas, Jr.***

John R. Thomas, Jr. (D.C. Bar No. 1027981)
John Hafemann (GA Bar No. 327982)
M. Brian Magee (GA Bar No. 566350)
**HAFEMANN MAGEE & THOMAS, LLC**
1000 Towne Center Boulevard
Suite 804
Pooler, GA 31322
(540) 759-1660
jt@fed-lit.com

*Counsel for Plaintiff*