**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOLDEN ADVENTURE SHIPPING CORP., *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:26-cv-01103-SLS** |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Set a Briefing Schedule on Defendant China Construction Bank New York Branch ("CCBNY")'s Motion to Dismiss, it is on this _____ day of ___________________ hereby:

**ORDERED** that the Parties' Joint Motion is **GRANTED,** and the parties shall brief CCBNY's forthcoming Motion to Dismiss as follows:

1. CCBNY's Motion to Dismiss will be filed no later than **November 3, 2026**.
2. Plaintiffs' Opposition to CCBNY's Motion to Dismiss will be filed no later than **December 11, 2026**.
3. CCBNY's Reply Memorandum will be filed no later than **January 15, 2027**.

**IT IS FURTHER ORDERED** that the Parties have expressly preserved and not waived any rights, privileges, immunities, claims, or defenses, including as to jurisdiction.

______________________________

Honorable Sparkle L. Sooknanan
United States District Court Judge