AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Golden Adventure Shipping Corp., et al.
*Plaintiff*
v.
Islamic Republic of Iran, et al.
*Defendant*

Case No. 1:26-cv-01103-SLS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

China Construction Bank, New York Branch .

Date: 11/02/2026

/s/ Andrew J. DeFilippis
*Attorney's signature*

Andrew J. DeFilippis (NY Bar 4616819)
*Printed name and bar number*

125 Broad Street
New York, New York 10004-2498
*Address*

defilippisa@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*