AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Golden Adventure Shipping Corp., et al. *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-01103-SLS |
| Islamic Republic of Iran, et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

China Construction Bank, New York Branch .

Date: 11/02/2026

/s/ Shari D. Leventhal
*Attorney's signature*


Shari D. Leventhal (NY Bar 2276418) (DC Bar 420905)
*Printed name and bar number*

125 Broad Street
New York, New York 10004-2498
*Address*

leventhals@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*