AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Golden Adventure Shipping Corp., et al.<br>*Plaintiff*<br>v.<br>Islamic Republic of Iran, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01103-SLS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

China Construction Bank, New York Branch .

Date: 11/02/2026

/s/ Andrew E. Hamilton
*Attorney's signature*

Andrew E. Hamilton (NY Bar 6131346)
*Printed name and bar number*

125 Broad Street
New York, New York 10004-2498
*Address*

hamiltona@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*